CC: PSA, USM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>ELPIDIO REYNA,<br><br>     Defendant. | Case No. 2:25-cr-00642-FLA<br><br>**ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [DKT. 18]** |

  The court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act ("Stipulation"), filed by the parties in this matter on September 15, 2025. Dkt. 18. The court hereby finds that the Stipulation, which this court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The court, for good cause shown, ORDERS as follows:

1.    The trial in this matter is continued from September 30, 2025, to February 17, 2026, at 8:15 a.m., and the pretrial conference is continued to February 9, 2026, at 10:30 a.m.

2.    The time period from September 15, 2025, to February 17, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.    Defendant shall appear in Courtroom 6B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on December 16, 2025, at 8:15 a.m.

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

Dated: September 18, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge