MARILYN E. BEDNARSKI (SBN 105322)
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Ph:(626)844-7660; Fax:626) 844-7670

Attorneys for Defendant
ELPIDIO REYNA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELPIDIO REYNA,<br><br>Defendant. | No. 2:25-cr-00642-FLA<br><br>SUPPLEMENT TO DKT. 17, STIPULATION REGARDING REQUEST FOR<br>(1) CONTINUANCE OF TRIAL DATE AND<br>(2) FINDINGS OF EXCLUDABLE TIME<br><br>CURRENT TRIAL DATE:<br>September 30, 2025<br><br>PROPOSED TRIAL DATE:<br>February 17, 2026<br><br>CURRENT STATUS CONFERENCE DATE:<br>September 22, 2025<br><br>PROPOSED STATUS CONFERENCE DATE:<br>February 9, 2026 |

Defendant, Elpidio Reyna, by and through its counsel of record, Marilyn E. Bednarski, hereby files the attached "certification" page bearing the defendant's signature to supplement Dkt. 17, the previously filed Stipulation to Continue the Trial and Findings of Excludable Time.

Dated: Sept. 18, 2025          Respectfully Submitted,

McLANE, BEDNARSKI & LITT, LLP

By:___/S/ Marilyn E. Bednarski_____
     Marilyn E. Bednarski
     Attorney for Defendant Reyna

### CERTIFICATION OF DEFENSE COUNSEL

I am Elpidio Reyna's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than February 17, 2026 is an informed and voluntary one. I will obtain my client's signature for this stipulation and file it as a supplement to this stipulation no later than September 18, 2025.

_____        9-15-25
MARILYN E. BEDNARSKI              Date
Attorney for Defendant
ELPIDIO REYNA

_____        9-18-25 (at MDCLA)

### CERTIFICATION OF DEFENDANT

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 17, 2026.

_____        9-18-25
ELPIDIO REYNA                     Date
Defendant

5