# Exhibit 1
# to Sentencing Position,
# Elpidio Reyna Letter

Good Afternoon your Honor my name is Elpidio Reyna. I would like to sincerly apologies to you and the officers. I would like to express my sincere apology and deep remorse for my actions. I accept full responsibility for what I did, ~~and now~~ I Finaly understand the harm my Actions caused. I am truely sorry. I was not thinking at all. I could of seriously hurt someone and that persons family. I can now emagine the fear officers went threw. Officers thinking about not loosing control, how they could of ran a by stander over. How officers could of crashed or even flipping over. Officers thinking will I make it home safe and see my family. I've been Thinking of how things could of been much worse that day. Every day I regreat what I did. I wish I can go back and change what happend But wishing does not exist thats why I am incarcerated! I am Embarraced, I am disapointed and asamed of myself. I have Embarraced my family and most of all my Mom, Dad, Kids and wife. My Partner for 23 years. That Day I lost control, 2 of my family members where taken away that day. I Felt hopeless, sad and mostly frustrated. Not Knowing what would happen to my Family members I was over welmed by my fellings and everything that ~~was~~ was going on. I was not thinking and did not control my emotions. I couldn't control myself. I now recognize that what I did was wrong. That my actions have also hurt the ones that love me and depend on me. I did not intend to hurt any One. I let my anger take over. Its never right to let your fellings or emotions take over. I promise you I will never let this reacure. I am willing to do what ever it takes to give you the reassurance that this will never happen again. I have a plan, steps that reflect my determination to never repeat my Actions that day. I have reflected on how my behavior

affected others and will work to rebuid trust with my family and th comonity. If the court and you your Honor allows me, I will seak counseling, therapy, ~~and~~ anger managment and any other programs avaliabel. I will also comply fully with any conditions the court gives me. Thank you for your time and Allowing me to speak. Thank you for considering my apology.

[signature]
03/31/26