# Exhibit 5
# to Sentencing Position,
# Family Photo Montage




# 2008-2009

# Elpidio's High School Graduation



**2002-2003**
**Elpidio and Carmen**



**20023**
**Elpidio, Carmen, and Children**




# Working on Willow Brook Home








# 2023-2025

# Eldest Daughter, Evelyn




# Special Times with Son Eduardo

**Exh. 5, to Reyna Sent. Pos., Family Photo Montage, p. 5**












# Special Times with Son Eduardo

**Exh. 5, to Reyna Sent. Pos., Family Photo Montage, p. 6**